F. Richard Ruderman (SB No. 142226)
Colleen A. Snyder (SB No. 274064)
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.H., a minor; by and through her guardian ad litem, SARAH H., and SARAH H. and DAVID H., individually,<br><br>       Plaintiffs,<br><br>vs.<br><br>NEVADA CITY SCHOOL DISTRICT,<br><br>       Defendant. | CASE NO: 2:14-CV-00796-TLN-EFB<br><br>ORDER GRANTING APPOINTMENT OF GUARDIAN AD LITEM |

The Petition for an Order Appointing SARAH H. as guardian ad litem for J.H. is hereby GRANTED.

Dated: April 4, 2014

_____
Troy L. Nunley
United States District Judge